

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-08-00069-CV
_____


TEXAS KENWORTH CO., Appellant

V.

R. BYRON ROACH, TRUSTEE, L.L.C.,
AND CHALKER ENERGY MANAGEMENT II, L.L.C., Appellees


On Appeal from the 71st Judicial District Court
Harrison County, Texas
Trial Court No. 07-0512


Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

Texas Kenworth Co., appellant, and R. Byron Roach, Trustee, L.L.C., and Chalker Energy Management II, L.L.C., appellees, have filed with this Court a joint motion to dismiss the pending appeal in this matter. The parties represent to this Court they have reached a full and final settlement. In such a case, no real controversy exists, and in the absence of a controversy, the appeal is moot.

We grant the motion and dismiss this appeal.


Bailey C. Moseley
Justice

Date Submitted:       September 22, 2008
Date Decided:         September 23, 2008

2